GALIA A. PHILLIPS – CA Bar #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
FREDERICK SIMS

**FILED**
FEB 23 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>FREDERICK SIMS,<br><br>                  Defendant. | Case No. 3:12-cr 0062 -MEJ<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

### I.   STIPULATION

Defendant Frederick Sims would like to change his residence from his mother's house at _____ to his son's house at _____. Mr. Sims's work also occasionally requires travel to the Eastern District of California, sometimes overnight. The parties therefore agree that the bond conditions for Mr. Sims should be modified as follows:

Defendant Frederick Sims may not travel outside the Northern District of California or the Eastern District of California. Mr. Sims must reside at his son's (Cedric Sims) home at _____ unless he is travelling for work. When he has to stay overnight for work travel, Mr. Sims must provide verification to his pre-trial services

1  officer.
2      Pre-trial services officer Josh Libby has been informed of these changes and does not
3  object.
4      It is so stipulated.

Dated: February 21, 2012

By: /s/_____
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated: February 21, 2012

By: /s/_____
DEREK OWENS
Assistant United States Attorney

## II.   ORDER

GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as follows: Defendant Frederick Sims may not travel outside the Northern District of California or the Eastern District of California.  Mr. Sims must reside at his son's (Cedric Sims) home at _____ unless he is travelling for work.  When he has to stay overnight for work travel, Mr. Sims must provide verification to his pre-trial services officer.

In all other respects, this Court's previous order setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: 2-23-12

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE