1  GALIA A. PHILLIPS – CA Bar #250551
   1300 Clay Street, Suite 600
2  Oakland, CA 94612
   Telephone: (415) 269-4553
3  Facsimile: (510) 464-8001

4  Attorney for Defendant
   FREDERICK SIMS

**FILED**

FEB 23 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FREDERICK SIMS,<br><br>　　　　　　Defendant. | Case No. 3:12-cr 0062 -MEJ<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

### I.   STIPULATION

Defendant Frederick Sims would like to change his residence from his mother's house at _____ to his son's house at _____ Mr. Sims's work also occasionally requires travel to the Eastern District of California, sometimes overnight. The parties therefore agree that the bond conditions for Mr. Sims should be modified as follows:

Defendant Frederick Sims may not travel outside the Northern District of California or the Eastern District of California. Mr. Sims must reside at his son's (Cedric Sims) home at _____ unless he is travelling for work. When he has to stay overnight for work travel, Mr. Sims must provide verification to his pre-trial services

---

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:12CR62-MEJ

495929.01

1  officer.
2      Pre-trial services officer Josh Libby has been informed of these changes and does not
3  object.
4      It is so stipulated.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:12CR62-MEJ

495929.01

Dated: February 21, 2012

By: /s/_____
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated: February 21, 2012

By: /s/_____
DEREK OWENS
Assistant United States Attorney

## II. ORDER

GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as follows: Defendant Frederick Sims may not travel outside the Northern District of California or the Eastern District of California. Mr. Sims must reside at his son's (Cedric Sims) home at _____ unless he is travelling for work. When he has to stay overnight for work travel, Mr. Sims must provide verification to his pre-trial services officer.

In all other respects, this Court's previous order setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: 2-23-12

_____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:12CR62-MEJ